UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-7006 CAS (FFM) | Date | July 24, 2009 |
|---|---|---|---|
| Title | KENNY LEE v. JAMES E. TILTON | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:** **(In Chambers:) PETITIONER'S MOTION FOR REVIEW AND RECONSIDERATION OF MAGISTRATE JUDGE'S Ruling** (filed 6/09/09)

    On October 16, 2007, Magistrate Judge Frederick F. Mumm granted petitioner's request for a protective order.  On July 1, 2008, Magistrate Judge Mumm ordered that the transcripts and report and recommendation in this action be placed under seal.  On August 4, 2008, petitioner submitted his statement of proposed redactions to the documents under seal.  On November 21, 2008, Magistrate Judge Mumm ruled on petitioner's proposed redactions.  On February 17, 2009, petitioner filed his objections to Judge's Mumm's November 21, 2008 ruling.  On May 7, 2009, Magistrate Judge Mumm ruled on petitioner's objections, and provided petitioner with thirty days to object.

    On June 9, 2009, petitioner filed the instant "Sealed Statement of Petitioner's Objections to May 7, 2009 Magistrate's Order on Proposed Redactions."  The Court treats these objections as a motion for review and reconsideration of Magistrate Judge Mumm's May 7, 2009 Order.

    Pursuant to Fed. R. Civ. P. 72(a), a party may file objections to a magistrate judge's non-dispositive order within ten days, and "[t]he district judge to whom the case is assigned shall consider such objections and shall modify or set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law."  Rule 3.3.1 of the Local Rules Governing Duties of Magistrate Judges sets forth the same standard.  See also 28 U.S.C. § 636(b)(1)(A); Grimes v. City and County of San Francisco, 951 F.2d 236, 241 (9th Cir. 1991).

    After carefully reviewing Magistrate Judge Mumm's May 7, 2009 Order, the Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-7006 CAS (FFM) | Date | July 24, 2009 |
|---|---|---|---|
| Title | KENNY LEE v. JAMES E. TILTON | | |

cannot conclude that any of Magistrate Judge Mumm's rulings are "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). Petitioner's objections go to whether particular information which Magistrate Judge Mumm declined to place under seal should be sealed by reason of the attorney-client privilege or for the safety of petitioner. As to the attorney-client privilege, it appears that the information sought to be sealed is not privileged and that in any event, Magistrate Judge Mumm has limited its use to the present habeas proceeding. As to the contention that additional information should have been sealed, there is no showing of an abuse of discretion.[1] Therefore the Court hereby DENIES petitioner's motion for review and reconsideration.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |

---

[1] The Court does not reach petitioner's "actual innocence" contention as that is a matter to be addressed in the first instance by Magistrate Judge Mumm.