UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNY LEE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES E. TILTON, Secretary, Department of Corrections and Rehabilitation,<br>　　　　　Respondent. | Case No. CV 05-7006 CAS (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Second Amended Report and Recommendation of United States Magistrate Judge Redacted Version ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

   IT IS ORDERED that judgment be entered dismissing this action with prejudice.

DATED: JUNE 4, 2001

　　　　　　　　　　　　　　　　　　　　　／s／ Christina A. Snyder
　　　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　　　United States District Judge