UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNY LEE, | Case No. CV 05-7006 CAS (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES E. TILTON, Secretary, Department of Corrections and Rehabilitation, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: JUNE 4, 2010

_____
CHRISTINA A. SNYDER
United States District Judge